AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| ATLAS GROUP, L.L.C.<br><br>*Plaintiff(s)*<br>v.<br>BLAIR PHARMACY, INC. and<br>MATTHEW BLAIR<br><br>*Defendant(s)* | Civil Action No. 15-cv-2491-JKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Blair Pharmacy, Inc.
   1818 Pot Spring Road #12
   Lutherville-Timonium, MD 21093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen Kiehl
   Edward H. Rippey
   Covington & Burling LLP
   One CityCenter
   850 Tenth St. NW
   Washington, DC 20001-4956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 24, 2015  _____
   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| ATLAS GROUP, L.L.C.<br><br>*Plaintiff(s)*<br>v.<br>BLAIR PHARMACY, INC. and<br>MATTHEW BLAIR<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 15-cv-2491-JKB<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Matthew Blair
1818 Pot Spring Road #12
Lutherville-Timonium, MD 21093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stephen Kiehl
Edward H. Rippey
Covington & Burling LLP
One CityCenter
850 Tenth St. NW
Washington, DC 20001-4956

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 24, 2015

*Signature of Clerk or Deputy Clerk*